

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-18-00235-CR

| | | |
|---|---|---|
| FRANCISCO NOEL MARTINEZ, Appellant | § | On Appeal from County Criminal Court No. 5 |
| | § | of Tarrant County (1544967) |
| v. | § | March 28, 2019 |
| | § | Opinion by Justice Bassel |
| | § | |
| THE STATE OF TEXAS | | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in the trial court's judgment. The judgment is modified to reflect that punishment was assessed by the trial court. It is ordered that the judgment of the trial court is affirmed as modified.

SECOND DISTRICT COURT OF APPEALS

By ___/s/ Dabney Bassel_____
Justice Dabney Bassel